IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAYR KILAAB AL GHASHIYAH (KHAN),

     Petitioner,                                       ORDER

v.

                                          Case No.  15-cv-514-jdp

GARY BOUGHTON, *et al.*,

     Respondents.

---

Petitioner Tayr Kilaab al Ghashiyah (khan) seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner requests leave to proceed without prepayment of the filing fee. Petitioner has supported this request with an affidavit of indigency and a six-month trust account statement from the institution.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1).  Using information for the relevant time period from petitioner's trust fund account statement, I find that petitioner is able to pay at least a portion of the filing fee.  Accordingly, I will grant petitioner's application for leave to proceed without prepayment of the filing fee on the condition that petitioner pay $1.73.

ORDER

IT IS ORDERED that:

1.     Petitioner Tayr Kilaab al Ghashiyah (khan)'s motion for leave to proceed without prepayment of the filing fee is GRANTED.  Petitioner has until October 7, 2015 to pay $1.73 as an initial partial payment of the filing fee.

2.      If by October 7, 2015 petitioner fails to make the $1.73 initial partial payment or show cause for failure to do so, this case will be dismissed without further notice.

Entered this 16th day of September, 2015.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge