IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAYR KILAAB AL GHASHIYAH,,

    Petitioner,

  v.

Case No. 15-cv-514-jdp

BRIAN FOSTER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case.

| /s/ | 01/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |